UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-744-H

JERRY MOORE                                                                                          PLAINTIFF

V.

USA TRUCK, INC., et al.                                                                         DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

On February 1, 2007, this Court entered an order requiring Plaintiff to show cause why this case should not be dismissed for lack of prosecution. The Court noted that Plaintiff's failure to comply with this order could result in dismissal of the action.

The necessity for the show cause order arose because Plaintiff had taken no action in the case for over a year after the initial filing. Consequently, the Court held a conference on October 31, 2006, and required Plaintiff to file a status report on or before December 1, 2006, stating whether the case should go forward. Plaintiff did not file a status report and a scheduled conference was postponed until January 25, 2007. At that time Plaintiff's counsel orally moved to withdraw from the case and that motion was sustained. The Court ordered that a copy of the show cause order be sent directly to Plaintiff. This order required a response on or before March 1, 2007.

On March 1, 2007, Plaintiff's now former counsel filed another pleading requesting an extension of "a few more days" to respond to the motion to show cause. Defendants have objected, properly noting that counsel is no longer in the case and that Plaintiff should have

responded himself or obtained counsel to respond.

The Court concludes that sixteen months has passed since the filing of the initial complaint.  Plaintiff has literally done nothing to move the case forward and has not responded in a timely fashion to the Court's order to show cause.  Several weeks have passed since the former counsel moved for an extension of time asking for "a few more days."  The Court has yet to receive a response.  Taken together, the Court finds Plaintiff's conduct to be a failure to prosecute and sound grounds for dismissal.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff has failed to show cause why this case should not be dismissed and the Court shall DISMISS this case WITH PREJUDICE.

This is a final and appealable order.


cc:     Jerry Moore, Plaintiff
        Counsel of Record